UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Toya Dixon−Randolph
                              Plaintiff,

v.                                                Case No.: 1:19−cv−01422
                                                    Honorable John J. Tharp Jr.

City of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 24, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held and continued to 6/12/19 at 9:30 a.m. Amended complaint [7] to be served promptly. All responses to the amended complaint are due by 6/7/19. In the event any responses are by motion, and the motion sets forth an agreed briefing schedule, the motion need not be noticed for presentment. In the absence of an agreed briefing schedule, the motion(s) should be noticed for presentment on 6/12/19 at 9:30 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.