# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Toya Dixon–Randolph

                                         Plaintiff,

v.                                                      Case No.: 1:19–cv–01422
                                                       Honorable John J. Tharp Jr.

City of Chicago, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 24, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiff's motion for leave to file a second amended complaint [9] will be heard at the status hearing set for 6/12/19 at 9:30 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.