# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Toya Dixon–Randolph

                        Plaintiff,

v.                                                   Case No.: 1:19–cv–01422

                                                           Honorable John J. Tharp Jr.

City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 7, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr: In light of plaintiff's motion for leave to file a second amended complaint [9], defendant City of Chicago's response deadline to the amended complaint is stricken. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.