AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TOYA DIXON-RANDOLPH

V.

CITY OF CHICAGO and
CHICAGO PARKING METERS, LLC

CASE NUMBER: 1:19-CV-01422

ASSIGNED JUDGE: John J. Tharp, Jr.

DESIGNATED
MAGISTRATE JUDGE: Jeffrey T. Gilbert

TO: (Name and address of Defendant)

Chicago Parking Meters, LLC
208 S. LaSalle, Suite 814
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dowd & Dowd, Ltd.
227 W. Monroe, Suite 2650
Chicago, IL 60606
patrickdowd@dowdanddowd.com
312-704-4500 (facimile)

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*[signature]*

(By) DEPUTY CLERK



June 11, 2019

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>6-11-19 |
| NAME OF SERVER *(PRINT)*<br>Jonathan Baldric | TITLE<br>Law Clerk |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
208 S. LaSalle, Suite 814, Chicago, IL 60602

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/19
*Date*

*Signature of Server*

227 W. Monroe, Suite 2650, Chicago, IL 60606
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.