AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TOYA DIXON-RANDOLPH

V.

CITY OF CHICAGO and
CHICAGO PARKING METERS, LLC

CASE NUMBER: 1:19-CV-01422

ASSIGNED JUDGE: John J. Tharp, Jr.

DESIGNATED
MAGISTRATE JUDGE: Jeffrey T. Gilbert

TO: (Name and address of Defendant)

Chicago Parking Meters, LLC
205 N. Michigan, Suite 1910
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dowd & Dowd, Ltd.
227 W. Monroe, Suite 2650
Chicago, IL 60606
patrickdowd@dowdanddowd.com
312-704-4500 (facimile)

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK



June 11, 2019

DATE