# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Toya Dixon–Randolph

                              Plaintiff,

v.                                                     Case No.: 1:19–cv–01422
                                                         Honorable John J. Tharp Jr.

City of Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 12, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr: Motion and status hearing held. Plaintiff's motion for leave to file second amended complaint and memorandum in support [9] is granted. Plaintiff is to file the second amended complaint as a separate entry. All defendants are to respond to the second amended complaint by 7/3/19. If the response is by motion, Plaintiff's response to the motions are due by 7/17/19; defendants' replies are due by 7/31/19. Discovery stayed pending further order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.