IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOYA DIXON-RANDOLPH and CATHERINE PRESTIGIACOMO, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO and CHICAGO PARKING METERS, LLC,<br><br>Defendants. | Case No. 1:19-cv-01422<br><br>Hon. John J. Tharp, Jr. |

**CHICAGO PARKING METERS, LLC'S**
**RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, defendant Chicago Parking Meters, LLC ("CPM"), by undersigned counsel, makes the following disclosure:

CPM is a limited liability company whose members include a corporation that is indirectly owned in part by Allianz SE, a publicly traded company, and limited partnerships that are indirectly owned by Morgan Stanley, a publicly traded company.

Allianz SE has no parent corporation. The following entities are believed to own greater than 5% of Allianz SE's stock: BlackRock, Inc.

Morgan Stanley has no parent corporation. Based on Securities and Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc., 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330 owns greater than 5% of Morgan Stanley's stock.

1

Dated: July 3, 2019                                    Respectfully submitted,

                                            */s/ Joseph L. Motto*
Robert Y. Sperling
Joseph L. Motto
Matthew D. Moyer
Tyler C. Richards
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
T. (312) 558-5600
F. (312) 558-5700
rsperling@winston.com
jmotto@winston.com

*Counsel for Chicago Parking Meters, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 3, 2019, the foregoing document was served on all counsel of record via the Court's ECF system.

*/s/ Joseph L. Motto*
