IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOYA DIXON-RANDOLPH and CATHERINE PRESTIGIACOMO, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO and CHICAGO PARKING METERS, LLC,<br><br>Defendants. | Case No. 1:19-cv-01422<br><br>Hon. John J. Tharp, Jr. |

**CHICAGO PARKING METERS, LLC'S
RULES 12(b)(1) AND 12(b)(6) MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

Defendant Chicago Parking Meters, LLC ("CPM"), by and through its attorneys, respectfully moves this Court under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Plaintiffs' claim of unjust enrichment against CPM, asserted at Count V of Plaintiffs' Second Amended Class Action Complaint. In support of the motion, CPM submits the Memorandum in Support of Chicago Parking Meters, LLC's Rules 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, which CPM is filing contemporaneously with this motion.

Dated: July 3, 2019

Respectfully submitted,

*/s/ Joseph L. Motto*
Robert Y. Sperling
Joseph L. Motto
Matthew D. Moyer
Tyler C. Richards

Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
T. (312) 558-5600
F. (312) 558-5700
rsperling@winston.com
jmotto@winston.com

*Counsel for Chicago Parking Meters, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 3, 2019, the foregoing document was served on all counsel of record via the Court's ECF system.

                                                */s/ Joseph L. Motto*