IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOYA DIXON-RANDOLPH and CATHERINE PRESTIGIACOMO, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO and CHICAGO PARKING METERS, LLC,<br><br>Defendants. | Case No. 1:19-cv-01422<br><br>Hon. John J. Tharp, Jr. |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, July 10, 2019 at 9:00 a.m., or as soon thereafter counsel may be heard, Defendant Chicago Parking Meters, LLC will appear before Judge John J. Tharp, Jr. in the courtroom usually occupied by him, Room 1419 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Chicago Parking Meters, LLC's Rule 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, a copy of which will be served to you electronically.

Dated: July 3, 2019                         Respectfully submitted,

                                                      */s/ Joseph L. Motto*
                                                      Robert Y. Sperling
                                                      Joseph L. Motto
                                                      Matthew D. Moyer
                                                      Tyler C. Richards
                                                      Winston & Strawn LLP

35 W. Wacker Dr.
Chicago, Illinois 60601
T. (312) 558-5600
F. (312) 558-5700
rsperling@winston.com
jmotto@winston.com

*Counsel for Chicago Parking Meters, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 3, 2019, the foregoing document was served on all counsel of record via the Court's ECF system.

                                                           */s/ Joseph L. Motto*