UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Toya Dixon−Randolph
                                      Plaintiff,

v.                                                         Case No.: 1:19−cv−01422
                                                                                Honorable John J. Tharp Jr.

City of Chicago, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 8, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr: The Court is in receipt of defendants' motions to dismiss [20], [23]. No appearance on the motions are required. The briefing schedule set by the Court' s order dated 6/12/2019 [16] stands.Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.