**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| TOYA DIXON-RANDOLPH and | ) | |
| CATHERINE PRESTIGIACOMO on | ) | |
| behalf of themselves and all others similarly | ) | |
| situated, | ) | |
| Plaintiff, | ) | No. 19-cv-01422 |
| | ) | |
| v. | ) | **CLASS ACTION** |
| | ) | |
| CITY OF CHICAGO and CHICAGO | ) | |
| PARKING METERS, LLC, | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**

NOW COME Plaintiffs, TOYA DIXON-RANDOLPH and CATHERINE PRESTIGIACOMO, by and through their attorneys, DOWD & DOWD, LTD., and pursuant to Rule 6 of the Federal Rules of Civil Procedure, move this Honorable Court for an extension of time to file their Response in opposition to Defendants' respective Motions to Dismiss. In support thereof, Plaintiffs state as follows:

1. On June 12, 2019, this court entered an order ("Order") granting plaintiff leave to file her Second Amended Complaint and set a briefing schedule for all parties to adhere to. See **Exhibit A -** 06/12/2019 Order.

2. The briefing schedule set forth by this court established the following deadlines for parties:

   a. All defendants were to file respond to Plaintiffs' Second Amended Complaint by July 3, 2019;
   b. Plaintiffs response to any responsive motions are due July 17, 2019; and
   c. Defendants' replies are due by July 31, 2019.

**Exhibit A.**

3. On July 3, 2019 attorneys for CHICAGO PARKING METERS, LLC (hereinafter "CPM") entered their appearances and filed CPM's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint and memorandum in support thereof. See **Exhibit B** – 07/09/2019 Docket.

1

4.    Thereafter, on July 3, 2019, the CITY of CHICAGO (hereinafter the "CITY") filed its Motion to Dismiss For Failure To State A Claim and memorandum in support thereof. **Exhibit B.**

5.    Under the 06/12/2019 Order, Plaintiffs are thus required to file both their responses to Defendant CPM and Defendant CITY's respective motions by July 17, 2019.

6.    In light of both defendants filing of their responsive motions on the July 3, 2019 deadline, Plaintiffs anticipate requiring additional time to respond fully to both parties.

7.    Accordingly, Plaintiffs request an additional five days to respond, thereby extending Plaintiff's response deadline from July 17, 2019 to July 22, 2019.

8.    In the interest of fairness, Plaintiffs propose Defendants' reply deadline be adjusted likewise, thus providing Defendants an additional five days to reply, thereby extending Defendants' reply deadline from July 31, 2019 to August 5, 2019.

9.    Finally, as the 06/12/2019 Order did not set a hearing date for any responsive motions, Plaintiffs request this court set a date for Defendants' motions to be heard.

WHEREFORE, the plaintiffs TOYA DIXON-RANDOLPH and CATHERINE PRESTIGIACOMO respectfully pray that this Court grant their Motion for Extension of Time to File Response to Defendants' Motions to Dismiss.

Respectfully submitted,

By: _____

Attorney for Plaintiff

Patrick C. Dowd                          Edward X. Clinton, Jr.
Dowd & Dowd, Ltd.                        The Clinton Law Firm
227 West Monroe Street—Suite 2650        111 West Washington Street-Suite 1437
Chicago, Illinois 60606                  Chicago, Illinois 60602
Tel: (312) 704-4400                      Tel: (312) 357-1515
patrickdowd@dowdanddowd.com              ed@clintonlaw.net

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Toya Dixon–Randolph

                            Plaintiff,

v.                                          Case No.: 1:19–cv–01422
                                            Honorable John J. Tharp Jr.

City of Chicago, et al.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 12, 2019:

  MINUTE entry before the Honorable John J. Tharp, Jr: Motion and status hearing held. Plaintiff's motion for leave to file second amended complaint and memorandum in support [9] is granted. Plaintiff is to file the second amended complaint as a separate entry. All defendants are to respond to the second amended complaint by 7/3/19. If the response is by motion, Plaintiff's response to the motions are due by 7/17/19; defendants' replies are due by 7/31/19. Discovery stayed pending further order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# EXHIBIT B

GILBERT,MIDP

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.3.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:19-cv-01422

| | |
|---|---|
| Dixon-Randolph et al | Date Filed: 02/27/2019 |
| Assigned to: Honorable John J. Tharp, Jr | Jury Demand: Both |
| Demand: $9,999,000 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1983 Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Toya Dixon-Randolph**
*on behalf of herself and all others*
*similarly situated*

represented by **Edward X. Clinton , Jr.**
Law Offices of Edward X. Clinton, P.C.
111 W. Washington St.
Ste. 1437
Chicago, IL 60602
(312) 357-1515
Email: ed@clintonlaw.net
*ATTORNEY TO BE NOTICED*

**Patrick Charles Dowd**
Dowd & Dowd, Ltd
227 W. Monroe Street
Suite 2650
Chicago, IL 60606
(312) 704-4400
Email:
patrickdowd@dowdanddowd.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Chicago**

represented by **Andrew W Worseck**
City of Chicago, Department of Law
30 North LaSalle Street
Suite 1230
Chicago, IL 60602
(312) 744-7129
Email: aworseck@cityofchicago.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Hardt Cavanaugh**
City of Chicago, Law Department

30 N. LaSalle Street
Suite 1230
Chicago, IL 60602-4074
(312) 744-0897
Email:
Peter.Cavanaugh@cityofchicago.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chicago Parking Meters, LLC**    represented by    **Robert Y. Sperling**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
Email: rsperling@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Laurence Motto**
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-3728
Email: jmotto@winston.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2019 | 1 | COMPLAINT filed by Toya Dixon-Randolph; JURY DEMAND. Filing fee $ 400, receipt number 0752-15531144.(Dowd, Patrick) (Entered: 02/27/2019) |
| 02/28/2019 | | CASE ASSIGNED to the Honorable John J. Tharp, Jr. Designated as Magistrate Judge the Honorable Jeffrey T. Gilbert. Case assignment: Random assignment. (pj, ) (Entered: 02/28/2019) |
| 02/28/2019 | 2 | NOTICE TO THE PARTIES - The Court is participating in the Mandatory Initial Discovery Pilot (MIDP). The key features and deadlines are set forth in this Notice which includes a link to the (MIDP) Standing Order and a Checklist for use by the parties. In cases subject to the pilot, all parties must respond to the mandatory initial discovery requests set forth in the Standing Order before initiating any further discovery in this case. Please note: The discovery obligations in the Standing Order supersede the disclosures required by Rule 26(a)(1). Any party seeking affirmative relief must serve a copy of the following documents (Notice of Mandatory Initial Discovery and the Standing Order) on each new party when the Complaint, Counterclaim, Crossclaim, or Third-Party Complaint is served. (jh, ) (Entered: 02/28/2019) |

| 03/21/2019 | 3 | ATTORNEY Appearance for Plaintiff Toya Dixon-Randolph by Edward X. Clinton, Jr (Clinton, Edward) (Entered: 03/21/2019) |
|---|---|---|
| 04/12/2019 | 4 | ATTORNEY Appearance for Defendant City of Chicago by Andrew W Worseck (Worseck, Andrew) (Entered: 04/12/2019) |
| 04/12/2019 | 5 | ATTORNEY Appearance for Defendant City of Chicago by Peter Hardt Cavanaugh (Cavanaugh, Peter) (Entered: 04/12/2019) |
| 04/15/2019 | 6 | MINUTE entry before the Honorable John J. Tharp, Jr:This case is set for a status hearing on 4/24/19 at 9:00 a.m. Mailed notice (air, ) (Entered: 04/15/2019) |
| 04/23/2019 | 7 | AMENDED complaint 1 *First Amended Complaint* (Dowd, Patrick) (Entered: 04/23/2019) |
| 04/24/2019 | 8 | MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held and continued to 6/12/19 at 9:30 a.m. Amended complaint 7 to be served promptly. All responses to the amended complaint are due by 6/7/19. In the event any responses are by motion, and the motion sets forth an agreed briefing schedule, the motion need not be noticed for presentment. In the absence of an agreed briefing schedule, the motion(s) should be noticed for presentment on 6/12/19 at 9:30 a.m. Mailed notice (air, ) (Entered: 04/24/2019) |
| 05/23/2019 | 9 | MOTION by Plaintiff Toya Dixon-Randolph for leave to file *Second Amended Complaint* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Dowd, Patrick) (Entered: 05/23/2019) |
| 05/24/2019 | 10 | MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiff's motion for leave to file a second amended complaint 9 will be heard at the status hearing set for 6/12/19 at 9:30 a.m. Mailed notice (air, ) (Entered: 05/24/2019) |
| 06/07/2019 | 11 | MINUTE entry before the Honorable John J. Tharp, Jr: In light of plaintiff's motion for leave to file a second amended complaint 9 , defendant City of Chicago's response deadline to the amended complaint is stricken. Mailed notice (air, ) (Entered: 06/07/2019) |
| 06/11/2019 | | SUMMONS Issued as to Defendant Chicago Parking Meters, LLC (2). (kb, ) (Entered: 06/11/2019) |
| 06/11/2019 | 12 | SUMMONS Returned Executed by Toya Dixon-Randolph as to Chicago Parking Meters, LLC on 6/11/2019, answer due 7/2/2019. (Dowd, Patrick)(Docket Text Modified by Clerk's Office) Modified on 6/12/2019 (pk, ). (Entered: 06/11/2019) |
| 06/11/2019 | 13 | AFFIDAVIT of Service filed by Plaintiff Toya Dixon-Randolph regarding Complaint, First Amended Complaint served on Chicago Parking Meters, LLC on 6-11-19 (Dowd, Patrick) (Entered: 06/11/2019) |
| 06/11/2019 | 14 | SUMMONS Returned Executed by Toya Dixon-Randolph as to Chicago Parking Meters, LLC on 6/11/2019, answer due 7/2/2019.(Dowd, Patrick)(Docket Text Modified by Clerk's Office) Modified on 6/12/2019 (pk, ). (Entered: 06/11/2019) |

| 06/12/2019 | 15 | *Second* AMENDED complaint by Toya Dixon-Randolph against Chicago Parking Meters, LLC, City of Chicago (Dowd, Patrick) (Entered: 06/12/2019) |
| 06/12/2019 | 16 | MINUTE entry before the Honorable John J. Tharp, Jr: Motion and status hearing held. Plaintiff's motion for leave to file second amended complaint and memorandum in support 9 is granted. Plaintiff is to file the second amended complaint as a separate entry. All defendants are to respond to the second amended complaint by 7/3/19. If the response is by motion, Plaintiff's response to the motions are due by 7/17/19; defendants' replies are due by 7/31/19. Discovery stayed pending further order. Mailed notice (air, ) (Entered: 06/12/2019) |
| 07/03/2019 | 17 | ATTORNEY Appearance for Defendant Chicago Parking Meters, LLC by Robert Y. Sperling (Sperling, Robert) (Entered: 07/03/2019) |
| 07/03/2019 | 18 | ATTORNEY Appearance for Defendant Chicago Parking Meters, LLC by Joseph Laurence Motto (Motto, Joseph) (Entered: 07/03/2019) |
| 07/03/2019 | 19 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Chicago Parking Meters, LLC (Motto, Joseph) (Entered: 07/03/2019) |
| 07/03/2019 | 20 | MOTION by Defendant Chicago Parking Meters, LLC to dismiss *Plaintiffs' Second Amended Class Action Complaint* (Motto, Joseph) (Entered: 07/03/2019) |
| 07/03/2019 | 21 | MEMORANDUM by Chicago Parking Meters, LLC in support of motion to dismiss 20 (Motto, Joseph) (Entered: 07/03/2019) |
| 07/03/2019 | 22 | NOTICE of Motion by Joseph Laurence Motto for presentment of motion to dismiss 20 before Honorable John J. Tharp Jr. on 7/10/2019 at 09:00 AM. (Motto, Joseph) (Entered: 07/03/2019) |
| 07/03/2019 | 23 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant City of Chicago *and to dismiss for lack of jurisdiction* (Worseck, Andrew) (Entered: 07/03/2019) |
| 07/03/2019 | 24 | MEMORANDUM by City of Chicago in support of Motion to Dismiss for Failure to State a Claim 23 (Worseck, Andrew) (Entered: 07/03/2019) |
| 07/08/2019 | 25 | MINUTE entry before the Honorable John J. Tharp, Jr: The Court is in receipt of defendants' motions to dismiss 20 , 23 . No appearance on the motions are required. The briefing schedule set by the Court' s order dated 6/12/2019 16 stands.Mailed notice (air, ) (Entered: 07/08/2019) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/09/2019 14:18:41 | | | |
| **PACER Login:** | dgonsch108:2730340:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-cv-01422 |

| Billable Pages: | 3 | Cost: | 0.30 |
|---|---|---|---|