# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Toya Dixon−Randolph

                              Plaintiff,

v.                                                          Case No.: 1:19−cv−01422

                                                              Honorable John J. Tharp Jr.

City of Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 12, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr: The Court is in receipt of plaintiffs' motion for an extension of time to file a response to defendants' motions to dismiss [26]. Plaintiffs are instructed to notice their motion for presentment pursuant to Local Rule 5.3 and the procedures located on this Courts web page, found at [https://www.ilnd.uscourts.gov/judge−info.aspx?79e F+7uiX7ewBj/ITKrjoA==]. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.