UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOYA DIXON-RANDOLPH and CATHERINE PRESTIGIACOMO on behalf of themselves and all others similarly situated, <br>     Plaintiff, <br><br> v. <br><br> CITY OF CHICAGO and CHICAGO PARKING METERS, LLC, <br>     Defendant. | No. 19-cv-01422 <br><br> **CLASS ACTION** |

## MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS

NOW COME Plaintiffs, TOYA DIXON-RANDOLPH and CATHERINE PRESTIGIACOMO, by and through their attorneys, DOWD & DOWD, LTD., and pursuant to Rule 6 of the Federal Rules of Civil Procedure, move this Honorable Court for an extension of time to file their Response in opposition to Defendants' respective Motions to Dismiss. In support thereof, Plaintiffs state as follows:

1. On June 12, 2019, this court entered an order ("Order") granting plaintiff leave to file her Second Amended Complaint and set a briefing schedule for all parties to adhere to. See **Exhibit A** - 06/12/2019 Order.

2. The briefing schedule set forth by this court established the following deadlines for parties:

    a. All defendants were to file respond to Plaintiffs' Second Amended Complaint by July 3, 2019;
    b. Plaintiffs response to any responsive motions are due July 17, 2019; and
    c. Defendants' replies are due by July 31, 2019.

**Exhibit A.**

3. On July 3, 2019 attorneys for CHICAGO PARKING METERS, LLC (hereinafter "CPM") entered their appearances and filed CPM's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint and memorandum in support thereof. See **Exhibit B** – 07/08/2019 Docket.

4. Thereafter, on July 3, 2019, the CITY of CHICAGO (hereinafter the "CITY") filed its Motion to Dismiss For Failure To State A Claim and memorandum in support thereof. **Exhibit B.**

5. Under the 06/12/2019 Order, Plaintiffs are thus required to file both their responses to Defendant CPM and Defendant CITY's respective motions by July 17, 2019.

6. In light of both defendants filing of their responsive motions on the July 3, 2019 deadline, Plaintiffs anticipate requiring additional time to respond fully to both parties.

7. Accordingly, Plaintiffs request an additional five days to respond, thereby extending Plaintiff's response deadline from July 17, 2019 to July 22, 2019 and thus moving Defendants' reply deadline likewise to August 5, 2019.

8. This is Plaintiffs' first request for extension.

9. In accordance with the standing order of this court governing motion practice, Plaintiff has contacted opposing counsel and all parties are in agreement regarding Plaintiffs' request for extension.

10. Plaintiffs note Defendants' request to extend their adjusted reply deadline from August 5, 2019 to August 9, 2019 to accommodate previously scheduled vacation plans that overlap with the adjusted period proposed for their Replies, to which Plaintiffs have no objection.

11. Finally, as the 06/12/2019 Order does not reflect a scheduled date for oral arguments for Defendants' responsive pleadings, Plaintiffs request this court set a date for Defendants' motions to be heard.

12. Plaintiffs note Defendants' oppose Plaintiffs' request for oral argument and have indicated a desire to have the matters decided on the papers alone.

WHEREFORE, the plaintiffs TOYA DIXON-RANDOLPH and CATHERINE PRESTIGIACOMO respectfully pray that this Court grant their Motion for Extension of Time to File Response to Defendants' Motions to Dismiss.

Respectfully submitted,

By: /s/ Patrick C. Dowd
Attorney for Plaintiff

Patrick C. Dowd
Dowd & Dowd, Ltd.
227 West Monroe Street—Suite 2650
Chicago, Illinois 60606
Tel: (312) 704-4400
patrickdowd@dowdanddowd.com

Edward X. Clinton, Jr.
The Clinton Law Firm
111 West Washington Street-Suite 1437
Chicago, Illinois 60602
Tel: (312) 357-1515
ed@clintonlaw.net

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Toya Dixon−Randolph
                              Plaintiff,

v.                                            Case No.: 1:19−cv−01422
                                                    Honorable John J. Tharp Jr.

City of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 12, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr: Motion and status hearing held. Plaintiff's motion for leave to file second amended complaint and memorandum in support [9] is granted. Plaintiff is to file the second amended complaint as a separate entry. All defendants are to respond to the second amended complaint by 7/3/19. If the response is by motion, Plaintiff's response to the motions are due by 7/17/19; defendants' replies are due by 7/31/19. Discovery stayed pending further order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.



**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Toya Dixon−Randolph
                Plaintiff,

v.
                                       Case No.: 1:19−cv−01422
                                       Honorable John J. Tharp Jr.

City of Chicago, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 8, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr: The Court is in receipt of defendants' motions to dismiss [20], [23]. No appearance on the motions are required. The briefing schedule set by the Court's order dated 6/12/2019 [16] stands.Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.


PLAINTIFF'S EXHIBIT B