**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TOYA DIXON-RANDOLPH and CATHERINE PRESTIGIACOMO on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO and CHICAGO PARKING METERS, LLC,<br>　　　　　Defendant. | No. 19-cv-01422<br><br>**CLASS ACTION** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, July 16, 2019 at 9:00 a.m., or as soon thereafter counsel may be heard, Plaintiffs TOYA DIXON-RANDOLPH and CATHERINE PRESTIGIACOMO will appear before Judge John J. Tharp, Jr. in the courtroom usually occupied by him, Room 1419 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motions to Dismiss, a copy of which will be served to you electronically.

Dated July 11, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: _/s/ Patrick C. Dowd_
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Patrick C. Dowd　　　　　　　　　　　　　Edward X. Clinton, Jr.
Dowd & Dowd, Ltd.　　　　　　　　　　　The Clinton Law Firm
227 West Monroe Street—Suite 2650　　　111 West Washington Street-Suite 1437
Chicago, Illinois 60606　　　　　　　　　Chicago, Illinois 60602
Tel: (312) 704-4400　　　　　　　　　　 Tel: (312) 357-1515
patrickdowd@dowdanddowd.com　　　　 ed@clintonlaw.net

1