**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Toya Dixon−Randolph

                                       Plaintiff,

v.                                                                      Case No.: 1:19−cv−01422
                                                                     Honorable John J. Tharp Jr.

City of Chicago, et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 12, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiffs' unopposed motion for extension of time to respond to defendants' motions to dismiss [28] is granted. Response due 7/17/19. Defendants' replies due 8/5/19. No appearance on the motion is required. Plaintiffs' previous motion for an extension of time [26] is accordingly denied as moot. Further, the Court generally does not conduct oral argument on motions to dismiss; if, upon review of the briefs, the Court believes that oral argument is needed, a date will be scheduled. Otherwise, the Court will rule on the briefs. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.