# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Toya Dixon–Randolph

                        Plaintiff,

v.                                                   Case No.: 1:19–cv–01422
                                                           Honorable John J. Tharp Jr.

City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 15, 2019:

       MINUTE entry before the Honorable John J. Tharp, Jr: Minute entry [29] is corrected as follows: Plaintiffs' unopposed motion for extension of time to respond to defendants' motions to dismiss 28 is granted. Response due 7/17/19. Defendants&#039; replies due 8/9/19. No appearance on the motion is required. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.