# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOYA DIXON-RANDOLPH and CATHERINE PRESTIGIACOMO on behalf of themselves and all others similarly situated,<br>   Plaintiff,<br><br>  v.<br><br>CITY OF CHICAGO and CHICAGO PARKING METERS, LLC,<br>   Defendant. | No. 19-cv-01422<br><br>CLASS ACTION |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, July 31, 2019 at 10:00 a.m., or as soon thereafter counsel may be heard, Plaintiffs TOYA DIXON-RANDOLPH and CATHERINE PRESTIGIACOMO will appear before Judge John J. Tharp, Jr. in the courtroom usually occupied by him, Room 1419 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Voluntary Dismissal, a copy of which will be served to you electronically.

Dated: July 22, 2019

Respectfully submitted,

By: _____
   Attorney for Plaintiff

Patrick C. Dowd
Dowd & Dowd, Ltd.
227 West Monroe Street—Suite 2650
Chicago, Illinois 60606
Tel: (312) 704-4400
patrickdowd@dowdanddowd.com

Edward X. Clinton, Jr.
The Clinton Law Firm
111 West Washington Street-Suite 1437
Chicago, Illinois 60602
Tel: (312) 357-1515
ed@clintonlaw.net