**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Toya Dixon−Randolph

                                  Plaintiff,

v.                                                    Case No.: 1:19−cv−01422
                                                      Honorable John J. Tharp Jr.

City of Chicago, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 23, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiffs' motion for voluntary dismissal without prejudice [32] is granted. No appearance on the motion is required. All scheduled hearings and deadlines are stricken and any pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.